UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                     CASE NO. 3:06mj303/MD

CHARLES L. RIDGE, JR.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   February 11, 2008
Type of Motion/Pleading: MOTION TO TERMINATE PROBATION
Filed by: Defendant      on 2/11/08     Document  22
( ) Stipulated/(Consented)/Joint Pleading
RESPONSES:
                                   on           Doc.#
                                   on           Doc.#

WILLIAM M. McCOOL, CLERK OF COURT
Deputy Clerk: Irma McCain-Coby

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 15TH day of February, 2008, ~~that~~:
(a) The requested relief is (GRANTED)/DENIED.
(b) _____

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 2/15/08 By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Breland, Keith
USPO

Document No.

08 FEB 15 PM 2:38

FILED